UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> Nguyen Tan Khao <br> Defendant. | CR 05-0337-DSF ✓ <br> Case No.: CR 05-0388-DSF <br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
JAN 12 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

   The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

   The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

   The Court finds that:

A.   ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___backgrd, cmty ties unknown; bail resources unknown; substance abuse history; history of non-compliance w/supervision conditions which evidences___

1    a lack of amenability to supervision

2    _____

3    and/or

4  B.  (X) The defendant has not met his/her burden of establishing by clear and

5    convincing evidence that he/she is not likely to pose a danger to the safety of any

6    other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This

7    finding is based on  criminal history record;

8    substance abuse history; apparent alleged

9    commission of new crimes while

10   under supervision

11   _____

12

13   IT THEREFORE IS ORDERED that the defendant be detained pending further

14   revocation proceedings.

15

16   DATED:  1/12/09

17                                ROBERT N. BLOCK
                                  UNITED STATES MAGISTRATE JUDGE